Decided April 3, 2002

## STATE OF CONNECTICUT *v.* RODNEY HOBSON

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 40 (AC 21207), is denied.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided April 3, 2002